UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NATIONAL INDEMNITY COMPANY OF
THE SOUTH,

    Plaintiff,                                  Case No.: 8:20-cv-01580-CEH-AEP

vs.

KNA ENTERPRISES, INC. d/b/a DIXIE PILINGS,
NICHOLAS BASILE, OWNERS INSURANCE
COMPANY, LAWRENCE ROGERS CHARLES,
AND RICHARD BRUNIE,

    Defendants.
_____/

**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AS TO KNA ENTERPRISES, INC. AND LAWRENCE ROGERS CHARLES OR, IN THE ALTERNATIVE, MOTION FOR EXTENSION OF TIME**

COMES NOW Plaintiff, NATIONAL INDEMINTY COMPANY OF THE SOUTH ("NICO"), by and through its undersigned counsel, and pursuant to Federal Rule of Civil Procedure 55 and Local Rule 1.10, hereby files this Motion for Default Judgment as to KNA ENTERPRISES, INC. and LAWRENCE ROGERS CHARLES, or, in the alternative, Motion for Extension of Time, and in support thereof states as follows:

1. This is a declaratory judgment action brought for the purpose of determining an actual controversy between the parties with respect to an

1

insurance policy issued by the Plaintiff, NICO, to Defendant, KNA ENTERPRISES INC. ("KNA").

2. NICO seeks a judgment declaring that it has no duty to defend or indemnify KNA or LAWRENCE ROGERS CHARLES ("CHARLES") with respect to two underlying lawsuits ("Underlying Basile Lawsuit" and "Underlying Owners Insurance Lawsuit") and a personal injury claim made by RICHARD BRUNIE ("the BRUNIE Claim").

3. Plaintiff filed its original Complaint on July 10, 2020. [D.E. 1]

4. Plaintiff filed its Amended Complaint on July 24, 2020. [D.E. 2020].

5. On November 10, 2020, NICO filed its Second Amended Complaint for Declaratory Judgment. [D.E. 38]

6. Neither CHARLES nor KNA responded to the Second Amended Complaint.

7. As a result, and upon motion by Plaintiff, default was entered against both Defendants by the Clerk on March 24, 2021. [D.E. 52 and 53]

8. As Plaintiff has obtained defaults against KNA and CHARLES, default judgment is appropriate, and an order should be entered precluding KNA and/or CHARLES from raising any defenses to Plaintiff's declaratory action.

9. Pursuant to Local Rule 1.10(c): Within thirty-five days after entry of a default, the party entitled to a default judgment must apply for the default

judgment or must file a paper identifying each unresolved issue – such as the liability of another defendant – necessary to entry of the default judgment.

10. While default judgment as to KNA and CHARLES is appropriate, NICHOLAS BASILE, OWNERS INSURANCE COMPANY, and RICHARD BRUNIE remain interested parties to this declaratory action.

11. While Plaintiff seeks an Order of Final Default against KNA and CHARLES, should the Court deem Final Default pre-mature, Plaintiff alternative seeks an extension of time to obtain Final Default until a final determination as to coverage is made.

WHEREFORE, NATIONAL INDEMNITY COMPANY OF THE SOUTH, respectfully requests that this Court enter an Order of Default Judgment as to KNA ENTERPRISES, INC. and LAWRENCE ROGERS CHARLES, or, in the alternative, an Order granting Plaintiff an extension of time to obtain Default until a final determination as to coverage is made, and any other relief deemed to be just and proper.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that, on this 28th day of April 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will electronically send a notice of electronic filing to all parties of record who have consented to such service. Plaintiff further certifies that, on this date, it has

mailed a copy of the foregoing to Charles, at 19691 SE Shearer Street, Inglis, Florida 34449, and to KNA, at 1972 Wolford Road, Clearwater, Florida 33760.

Respectfully submitted,

**KAUFMAN DOLOWICH & VOLUCK LLP**

*/s/Jesse D. Drawas*
Jesse D. Drawas, Esq.
Fla. Bar No. 68654
Email: jdrawas@kdvlaw.com
100 SE Third Avenue, Suite 1500
Fort Lauderdale, FL 33394
Tel: (954) 302-2244
Fax: (888) 464-7982
*Attorney for NICO*